UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK
8/18/2022 11:52 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

---

JOSE CASTRO, on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

TCA LOGISTICS CORP. and THOMAS ELETTO,

    Defendants.

---

STIPULATION OF DISMISSAL WITH PREJUDICE

No. 20-CV-2004(JS)(ARL)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, as follows:

1. Jose Castro, TCA Logistics Corp. and Thomas Eletto are all of the parties who have appeared in this action.

2. None of the above-named parties are an infant, an incompetent person for whom a

1. committee has been appointed, or a conservatee.

3. The parties hereby stipulate and agree that: (1) this action shall be dismissed in its entirety, without costs to either party as against the other; and (2) this action shall be dismissed with prejudice and on the merits in relation to plaintiff Jose Castro's claims.

Date: __August 16__, 2022

_____
Garrett D. Kaske, Esq.
KESSLER MATURA P.C.
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100

*Attorneys for Plaintiff Jose Castro*

Date: __August 16__, 2022

_____
Kevin J. Mulvehill, Esq.
PHILLIPS LYTLE LLP
28 E. Main St., Suite 1400
Rochester, New York 14614
(585) 238-2000

*Attorneys for Defendants
TCA Logistics Corp. and
Thomas Eletto*

**SO ORDERED.**

```
Dated: August 18, 2022          /s/ JOANNA SEYBERT
       Central Islip, New York  Joanna Seybert, U.S.D.J.
```

The Clerk's Office is directed to mark this case CLOSED.